IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAY A. WOODSON,                                                                                    PLAINTIFF
ADC #115898

v.                                      3:21CV00211-BRW-JTK

DALE COOK, et al.                                                                                DEFENDANTS

**ORDER**

Having reviewed Plaintiff Ray A. Woodson's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service of Plaintiff's deliberate indifference to serious medical needs claims is appropriate as to all Defendants.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Dale Cook, Charles McCollum, Audrey Luff, Abby Wallace, and APRN Carter. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order each Defendant without prepayment of fees and costs or security therefore. Service for Defendants Cook and McCollum should be attempted through the Mississippi County Sheriff's Office, 685 NCR 599, Luxory, AR 72358. Service for Defendants Luff, Wallace, and Carter should be attempted through counsel for Turn Key Health Clinics, LLC at 900 NW 12th Street, Oklahoma City, OK 73106.

IT IS SO ORDERED this 15th day of October, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).