IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAY A. WOODSON,                                                                                      PLAINTIFF
ADC #115898

VS.                                     3:21-CV-00211-BRW-JTK

DALE COOK, et al.                                                                                  DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's due process claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. Plaintiff's conspiracy claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3. Plaintiff's claims in connection with charges for medical care are DISMISSED without prejudice for failure to state a claim on which relief may be granted

4. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 3rd day of November, 2021.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE