IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RAY A. WOODSON**                                                                                               **PLAINTIFF**
**ADC #115898**

**VS.**                                             **3:21-CV-00211-BRW-JTK**

**DALE COOK,** *et al*.                                                                                        **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this  6th  day of     June           , 2022.


                                                                                    BILLY ROY WILSON
                                                                    UNITED STATES DISTRICT JUDGE